UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| MILBANK INSURANCE COMPANY,<br><br>        Plaintiff,<br><br>vs.<br><br>RUSHMORE PHOTO & GIFTS, INC., a South Dakota Corporation; JRE, INC., a South Dakota Corporation; CAROL NIEMANN; PAUL A. NIEMANN; and BRIAN M. NIEMANN,<br><br>        Defendants. | CIV. 17-5066-JLV<br><br>ORDER |

Defendants filed an unopposed motion to stay discovery and all deadlines in this case pending resolution of Sturgis Motorcycle Rally, Inc., v. Rushmore Photo & Gifts, Inc., et al., CIV. 11-5052 (D.S.D. 2011). (Docket 39). Good cause appearing, it is

ORDERED that defendants' motion (Docket 39) is granted.

IT IS FURTHER ORDERED that all discovery and deadlines in this case are stayed pending resolution of the case and all appeals in Sturgis Motorcycle Rally, Inc., v. Rushmore Photo & Gifts, Inc., et al., CIV. 11-5052.

Dated February 12, 2020.

BY THE COURT:

/s/ *Jeffrey L. Viken*
JEFFREY L. VIKEN
UNITED STATES DISTRICT JUDGE