# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH DAKOTA
# WESTERN DIVISION

| | |
|---|---|
| MILBANK INSURANCE COMPANY, | )<br>)<br>) |
| Plaintiff, | )<br>) Case No.: 17-CV-5066-KES |
| v. | )<br>) |
| RUSHMORE PHOTO & GIFTS, INC., a South Dakota Corporation, JRE, INC., a South Dakota Corporation, CAROL NIEMANN, PAUL A. NIEMANN, and BRIAN M. NIEMANN, | )<br>)<br>)<br>)<br>)<br>) |
| Defendants. | )<br>)<br>) |

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff/Counter-Defendant Milbank Insurance Company and Defendants/Counter-Plaintiffs Rushmore Photo & Gifts, Inc., JRE, Inc., Carol Niemann, Paul A. Niemann, and Brian M. Niemann, pursuant to Rule 41(a)(1)(A)(ii), stipulate to the dismissal of the present action with prejudice, with each party to bear its own costs, expenses, and attorneys' fees.

Respectfully Submitted,

Dated: March 12, 2024

/s/*Steven M. Sitek*
Steven M. Sitek
Bassford Remele, P.A.
100 S. Fifth Street, Suite 1500
Minneapolis, MN 55402
Phone: (612) 376-1631

**[*Pro Hac Vice*]**
Adam H. Fleischer
David M. Alt
I. Jordan Lowe
BatesCarey LLP
191 N. Wacker Drive, Suite 2400
Chicago IL, 60606
Phone: (312) 762-3130
*Attorneys for Plaintiff*

*Attorneys for Plaintiff*

By: _____
Steven Beardsley
Michael Beardsley
Beardsley Jensen & Lee
4200 Beach Drive
Suite #3
Rapid City, SD 57702
Phone: (605) 777-7466
*Attorneys for Defendants*