UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

| | |
|---|---|
| MILBANK INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>RUSHMORE PHOTO & GIFTS, INC., a South Dakota Corporation, JRE, INC., a South Dakota Corporation, CAROL NIEMANN, PAUL A. NIEMANN, AND BRIAN M. NIEMANN,<br><br>Defendants. | 5:17-CV-05066-KES<br><br><br>JUDGMENT |

Pursuant to this court's Order Dismissing Case (Docket 66), it is,

ORDERED, ADJUDGED, and DECREED that this matter, is dismissed on its merits, with prejudice, without further notice or hearing, and with the parties bearing their own costs.

Dated March 14, 2024.

BY THE COURT:

*/s/ Karen E. Schreier*
KAREN E. SCHREIER
UNITED STATES DISTRICT JUDGE